## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF VIRGINIA

### Richmond Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CRIMINAL NO. 3:15mj** 259 |
| | ) | |
| **v.** | ) | |
| | ) | |
| **MIGUEL A. CINTRON, III,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

At all relevant times:

1. The defendant, MIGUEL A. CINTRON, III, was present on Fort Lee, Virginia in the Eastern District of Virginia.

2. Fort Lee, Virginia is property administered by the Department of Defense and is within the special territorial jurisdiction of the United States.

3. Merchandise sold at the Post Exchange is property of an agency of the United States.

## COUNT ONE

### (Misdemeanor – Citation No. 4006047)

On or about September 18, 2015, in the Eastern District of Virginia at Fort Lee, Virginia, property administered by the Department of Defense, within the jurisdiction of this Court and the special territorial jurisdiction of the United States, defendant, MIGUEL A. CINTRON, III, did

US. v. MIQUEL A. CINTRON, III

knowingly, willfully and unlawfully steal things of value of the United States of America and/or

a department and/or agency thereof, said property having a value of less than $1,000, to wit:  a

computer game with an estimated value of $39.95.

(In violation of Title 18, United States Code, Section 641.)


DANA J. BOENTE
UNITED STATES ATTORNEY


By: _____
Stephen C. Dimpsey
Special Assistant United States Attorney