IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) v. ) ) MIGUEL A. CINTRON, III, ) Defendant. ) ) | Criminal No. 3:15MJ259 (DJN) |

ORDER

This matter is before the Court having been taken under advisement for a period of time with the understanding that the case would be dismissed if the defendant complied with the various terms including not violating any federal, state, or local law. It appearing that the defendant has fully complied with all terms it is hereby

ORDERED that the case is DISMISSED, WITH PREJUDICE.

Let the Clerk forward a copy of this Order to all parties.

AND IT IS SO ORDERED.

/s/
David J. Novak
United States Magistrate Judge

Richmond, Virginia
Date: February 12, 2016